equivalents theory and affirm the summary judgment of non-infringement in favor of Green Mountain.

**AFFIRMED**

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re BIG BABOON, INC., Appellant.**

No. 2014–1601.

United States Court of Appeals,
Federal Circuit.

March 6, 2015.

**Jack BARRON, Plaintiff–Appellant**

v.

**SCVNGR, INC., d/b/a LevelUp,
Defendant–Appellee.**

No. 2014–1708.

United States Court of Appeals,
Federal Circuit.

March 6, 2015.

Richard F. Munzinger, Shartsis Friese LLP, San Francisco, CA, argued for appellant. Also represented by Lisa Ann Jacobs.

Coke Stewart, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Nathan K. Kelley, Molly R. Silfen.

DYK, O'MALLEY, and WALLACH, Circuit Judges.

David L. Fine, Mirick O'Connell DeMallie & Lougee, LLP, Worcester, MA, argued for plaintiff-appellant. Also represented by John O. Mirick.

Brian Carl Carroll, SCVNGR, Inc., d/b/a LevelUp, Boston, MA, argued for defendant-appellee. Also represented by Philip C. Swain, Foley Hoag LLP, Boston, MA.

DYK, SCHALL, and CHEN, Circuit Judges.